FILED
 2011 Sep-12  AM 09:01
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| BUDDY MACK HOWELL, | ) |
| Petitioner, | ) ) ) |
| v. | ) CV 3:11-CV-1184-SLB-PWG ) |
| FREDDIE BUTLER, WARDEN; ATTORNEY GENERAL FOR STATE OF ALABAMA. | ) ) ) ) |
| Respondents. | ) ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 22, 2011 recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Petitioner filed objections to the recommendation on September 8, 2011. The objections simply restate the Petitioner's contention that the state court misapplied a procedural bar and that his claim of ineffective assistance of counsel has merit.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 12th day of September, 2011.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE